Same case below, 587 F.3d 348.

**No. 09-9482. Mark Jordan, Petitioner v. United States.**

559 U.S. 1079, 130 S. Ct. 2116, 176 L. Ed. 2d 742, 2010 U.S. LEXIS 3347.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 594 F.3d 1265.

**No. 09-9503. Sherman Bobb, Petitioner v. United States.**

559 U.S. 1079, 130 S. Ct. 2116, 176 L. Ed. 2d 742, 2010 U.S. LEXIS 3343,

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-9504. Marty Dale Williams, Petitioner v. Robert E. Cooper, Jr., Attorney General of Tennessee.**

559 U.S. 1079, 130 S. Ct. 2116, 176 L. Ed. 2d 742, 2010 U.S. LEXIS 3464.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9512. Larry Spykes, Petitioner v. United States.**

559 U.S. 1079, 130 S. Ct. 2117, 176 L. Ed. 2d 742, 2010 U.S. LEXIS 3410.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 355 Fed. Appx. 864.

**No. 09-9516. Antonio Hudson, Petitioner v. Robert Kapture, Warden.**

559 U.S. 1079, 130 S. Ct. 2117, 176 L. Ed. 2d 742, 2010 U.S. LEXIS 3391,

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9518. Trevor Miller, Petitioner v. United States.**

559 U.S. 1079, 130 S. Ct. 2117, 176 L. Ed. 2d 742, 2010 U.S. LEXIS 3402.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9525. Darnell Nesbit, Petitioner v. United States.**

559 U.S. 1079, 130 S. Ct. 2117, 176 L. Ed. 2d 742, 2010 U.S. LEXIS 3399.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 350 Fed. Appx. 984.

**No. 09-9526. Tyrone Morton, Petitioner v. United States.**

559 U.S. 1079, 130 S. Ct. 2117, 176 L. Ed. 2d 742, 2010 U.S. LEXIS 3389.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.